

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2016

No. 04-16-00618-CV

In re Andrew **MCADOO**, D.O.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

       The court has considered relator's petition for a writ of mandamus and the response filed by the real-parties-in-interest and is of the opinion that relator is not entitled to mandamus relief. Accordingly, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for stay of the trial court's amended order is DENIED. The court's opinion will issue at a later date.

       It is so **ORDERED** on October 17, 2016.

_____
Karen Angelini, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015CVT002862 D3, styled *K.L.H. and O.L.H., Individually and as Next Friend of J.P.H. v. Doctors Hospital of Laredo and Dr. Andrew McAdoo*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.